UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Joann Tancredi,

            Plaintiff,

–v–

The Rector, Church-Wardens and Vestrymen of Trinity Church, in the City of New York, *et al.*,

            Defendants.

---

FEB 0 7 2020

18-CV-6394 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the Court's January 30, 2019, order in the above-captioned matter, Dkt. No. 47, a post-discovery status conference is scheduled for February 21, 2020. In light of this deadline, it is hereby ORDERED that by February 14, 2020, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: February ___, 2020
       New York, New York

                                          _____
                                          ALISON J. NATHAN
                                          United States District Judge