USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                      :

Joann Tancredi,                        :

              Plaintiff,        :         18-cv-6394 (AJN)

                         :

        -v-               :          ORDER

                         :

The Rector, Church-Wardens and Vestrymen of Trinity  :
Church, in the City of New York,         :

                         :

            Defendant.      :

                         :

--------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference in this case in person.  Counsel should submit a joint status letter on ECF no later than two days prior to the scheduled conference.  The joint letter shall:

   1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

   2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

   3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

   4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

   5) Indicate whether they can do without a conference altogether.

       After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information. If a conference is held, it will be by telephone, albeit perhaps at a different time than the currently scheduled time.  To that end, if counsel believe that a conference would be appropriate, they should indicate in their joint status letter all times on the date of the scheduled conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: June 19, 2020
     New York, New York

_____
ALISON J. NATHAN
United States District Judge