# PERRY, VAN ETTEN,
# ROZANSKI & KUTNER, LLP

PLEASE REPLY TO:

| **NEW YORK OFFICE** | Kenneth J. Kutner | **LONG ISLAND OFFICE** |
| --- | --- | --- |
| 60 Broad Street, Suite 3600A | Member of the Firm | 225 Broadhollow Road, Suite 430 |
| New York, New York 10004 | kjkutner@pvrplaw.com | Melville, New York 11747 |
| (212) 406-9710 | Extension 102 | (631) 414-7930 |
| Fax (646) 370-3303 | | Fax (631) 777-4504 |

<u>Members of the Firm</u>
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

<u>Partners</u>
Jerome S. Oliner*
Leonard Porcelli**
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
Kevin J. Brennan

Also admitted in
New Jersey*
Connecticut**
California***

<u>Associates</u>
John J. Ullrich
Michael H. Glassman*
Ariana K. Politis
Kristen Petersen Hofer
Alexandra D. Mahabir
Amanda Millea***
Manuel D. Perez*
Samantha Carroll
Anthony Lugara

<u>Of Counsel</u>
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*
Amanda L. Perry

June 23, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2020

Honorable Alison J. Nathan
United States District Court
40 Foley Square
New York, NY 10007

   Re: Tancredi, Joann v. The Rector Church-Wardens, et al
      Case No.: 1:18-cv-06394-AJN-SN
      D/A: 8/17/17
      Our File No.: 626038 (K)

Honorable Judge Nathan:

  Please be advised that we represent the third-party defendant, First Quality Maintenance II, LLC, in connection with the above-referenced matter. Pursuant to a Scheduling Order dated March 31, 2020, the parties were instructed to complete all fact related and expert discovery by June 15, 2020. A scheduling conference is set for June 26, 2020 at 3:15 p.m. However, certain discovery activities remain outstanding and delays have been encountered due to the current health crisis.

  Specifically, the parties continue to search for records related to testimony provided by the witnesses at prior depositions, as well as the continued exchange of medical records and films. And, an issue has arisen regarding defendants/third-party plaintiffs' request for a second deposition of First Quality Maintenance, in this instance by its employee, Ronald Charles. In this regard, a Notice of Deposition Upon Oral Examination dated March 16, 2020 was apparently

Page 2
Honorable Judge Nathan
June 23, 2020

prepared but was never received by First Quality Maintenance nor was it filed with the Court, assuredly due to the closures related to the pandemic.

It is third-party defendant First Quality Maintenance's position that it has already produced a witness with knowledge of its responsibilities at the involved premises.  It is defendants/third-party plaintiffs' position that Mr. Charles was an Engineer at the premises on and prior to the date of the alleged accident and that his name appears in a log referencing sidewalk repairs, responsibility for which is a central issue in the case.  The parties seek the Court's directive as to whether or not the deposition of Mr. Charles is to be held.

Though discovery may be outstanding, all parties are making a persistent effort to conduct and complete discovery.

Pursuant to Section 1(C) of Your Honor's Individual Rules of Practice, we are respectfully requesting an extension of the deadline to complete all Fact and Expert Discovery through September 30, 2020.

We also request that the Court's Scheduling Conference currently to be held on June 26, 2020 at 3:15 p.m. be rescheduled to allow the parties time to complete the remaining items of discovery.

We appreciate Your Honor's time and consideration in this matter, and should the Court require any further information, we are available at the Court's convenience.

          Respectfully submitted,

          PERRY, VAN ETTEN, ROZANSKI
          & KUTNER, LLP


BY: *Kenneth J. Kutner*
       KENNETH J. KUTNER
       A Member of the Firm
       (S.S. #8233)

cc.   ***Via ECF***
      Robert J. DeGroot, Esq.
      60 Park Place, Suite 105
      Newark, NJ 07102
      Attention:   Robert J. DeGroot, Esq.

Page 3
Honorable Judge Nathan
June 23, 2020

cc.   McCarthy & ASSOCIATES
      One Huntington Quadrangle, Suite 2C18
      Melville, NY 11747
      Attention:   Michael Kern, Esq,

> The case management conference is hereby adjourned *sine die*. The discovery dispute and extension request raised in this letter should be directed to Judge Netburn, to whom this case is referred to for general pre-trial matters.
> SO ORDERED.

SO ORDERED.   6/25/20

*[signature]*

Alison J. Nathan, U.S.D.J.