UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOANN TANCREDI,

                **Plaintiff,**　　　　　18-CV-06394 (AJN)(SN)

  -against-

                                     **ORDER**

THE RECTOR, CHURCH-WARDENS AND
VESTRYMEN OF TRINITY CHURCH,
IN THE CITY OF NEW YORK, et al.,

                **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference is scheduled for Tuesday, June 30, 2020, at 11:30 a.m. The purpose of the conference is to discuss the discovery dispute and request for an extension raised in Third Party Defendant First Quality Maintenance II, LLC's ("First Quality") June 24, 2020 letter. ECF No. 55. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 793-8632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 29, 2020
               New York, New York