UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOANN TANCREDI,

                      Plaintiff,                  18-CV-06394 (AJN)(SN)

    -against-

                                                                      **ORDER**

THE RECTOR, CHURCH-WARDENS AND
VESTRYMEN OF TRINITY CHURCH,
IN THE CITY OF NEW YORK, et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 30, 2020, the Court held a telephonic discovery conference. As discussed at the conference, the deadline to complete discovery is extended by 45 days, to July 30, 2020. Defendants/Third-Party Plaintiffs may take a 4-hour deposition of Ronald Charles. Pursuant to Rule 30(b)(4), the Court authorizes this deposition to be conducted by remote means. Fed. R. Civ. P. 30(b)(4). If the parties believe it would be productive, they shall request a referral to the Court's mediation program or e-mail Courtroom deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference. The parties shall file a status letter by August 14, 2020, indicating whether any party intends to move for summary judgment.

**SO ORDERED.**

DATED:      July 8, 2020
                 New York, New York