UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOANN TANCREDI,

                              Plaintiff,                      **18-CV-06394 (AJN) (SN)**

            -against-                                      **ORDER**

THE RECTOR, CHURCH-WARDENS AND
VESTRYMEN OF TRINITY CHURCH, IN THE
CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, November 12, 2020, plaintiff's counsel filed a letter on the docket requesting a settlement conference before the Court. Accordingly, the parties are directed to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three (3) mutually agreeable dates, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 13, 2020
               New York, New York