UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOANN TANCREDI,

                      Plaintiff,                      18-CV-06394 (AJN)(SN)

       -against-                      **SETTLEMENT CONFERENCE ORDER**

THE RECTOR, CHURCH-WARDENS AND
VESTRYMEN OF TRINITY CHURCH, IN THE
CITY OF NEW YORK, et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Friday, January 15, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, January 8, 2021. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:    November 23, 2020
               New York, New York

_____
SARAH NETBURN
United States Magistrate Judge