```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joann Tancredi,

                Plaintiff,

      –v–

The Rector, Church-Wardens et al.,

              Defendants.

18-cv-6394 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 20, 2021, Third-Party Defendant First Quality Maintenance filed a letter notifying the Court that all parties had agreed to private mediation of the dispute. Dkt. No. 83. The Court administratively DENIES First Quality Maintenance's motion for summary judgment filed September 29, 2020, with leave to resubmit the motion if mediation is unsuccessful. Dkt. No. 62. The parties shall file a joint report on the status of mediation by October 25, 2021, or, if earlier, within ten days of the conclusion of mediation.

    This resolves docket numbers 62 and 63.

    SO ORDERED.

Dated: August 25, 2021
       New York, New York

                                        ALISON J. NATHAN
                                  United States District Judge